Henryk SZWEDO; Grace
Szwedo, Appellants,

v.

HCA HEALTH SERVICES OF MID-
WEST, INC., d/b/a Columbia Doctors
Hospital; Delorise Kocher; Carolyn
Drew; Michael D. Huckabay, Sr.; Tim
Boone; D.B. Allen, M.D., originally
sued as M.D. D.B. Allan; Otis Edge,
M.D., Appellees.

No. 02–1909.

United States Court of Appeals,
Eighth Circuit.

Submitted Nov. 1, 2002.

Decided Nov. 5, 2002.

Before LOKEN, BYE, and RILEY,
Circuit Judges.

PER CURIAM.

Henryk and Grace Szwedo appeal the district court's [1] adverse grant of summary

---

1. The HONORABLE WILLIAM R. WILSON, JR., United States District Judge for the Eastern District of Arkansas.

judgment in their action invoking the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961, *et. seq.* (RICO). After careful de novo review of the record, we conclude that summary judgment was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B. We also deny all pending motions.